IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Case No. 5:11-cv-00303-H

| | |
|---|---|
| Ginger Nichols,<br><br>    Plaintiff,<br><br>vs.<br><br>Danbarr, Verde & Associates, LLC,<br><br>    Defendant. | **PROPOSED ORDER DEFAULT**<br>**FED.R.CIV.P. 55** |

Having considered all Plaintiff Ginger Nichol's Motion for Default and all other relevant papers and pleadings filed, and good cause appearing therefore,

IT IS HEREBY ORDERED that Plaintiff Ginger Nichol's Motion for Default against Defendant Danbarr, Verede & Associates, LLC is hereby GRANTED.

IT IS SO ORDERED

This the 5th day of December, 2011.

By: _____

DENNIS P. IAVARONE, CLERK